IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HECTOR ROSARIO ALAMO for himself and as Father with Custody and Patria Potestas of: HECTOR OMAR ROSARIO-GUZMAN, JOMAR ROSARIO-GUZMAN, BRIAN ROSARIO-GUZMAN, and JONATHAN ROSARIO-GUZMAN<br>Plaintiffs<br>vs<br>SARGEANT JOSE A. TORRES VAZQUEZ; AGENT FERDINAND DIAZ DIAZ, AGENT JOSE PABON SERRANO; JOHN DOE and RICHARD DOE<br>Defendants | CIVIL 04-1309CCC |

**ORDER OF JUDICIAL AUTHORIZATION**

This matter is before the Court pursuant to a Motion to Submit Distribution of Judgment Monies filed by plaintiffs on July 26, 2005 (docket entry 36), where they reiterate their acceptance of defendants' offer of judgment under Fed.R.Civ.P. 68, move for the entry of judgment accordingly, and inform that the settlement amount of $50,000.00 will be distributed as follows: $45,000.00 to principal claimant Héctor Omar Rosario-Alamo and a nominal amount of $1,250.00 to the four minor plaintiffs, Héctor Omar Rosario-Gúzman, Jomar Rosario-Gúzman, Brian Rosario-Gúzman, and Jonathan Rosario-Gúzman.

The Court has also before it the sworn statement (docket entry 41) of principal claimant Rosario-Alamo, the father with custody and patria potestas over the four minor plaintiffs, which he filed in compliance with the Order issued on July 27, 2005 (docket entry 39). Mr. Rosario-Alamo has expressed that out of the settlement amount of $50,000.00 the sum of $5,000.00, or $1,250.00 per each minor plaintiff, is reasonable compensation to them as none of them suffered bodily injury as a result of the incident alleged in the complaint.

The Court, after due and careful consideration of the allegations of the complaint, the Motion to Submit Distribution of Judgment Monies, and the sworn statement of Mr. Rosario-Alamo, is satisfied that the award of $1,250.00 to each of the minor plaintiffs is reasonable

CIVIL 04-1309CCC                                              2

and serves their best interests.  The entire amount of the funds pertaining to the minors, $5,000.00, from which there will be no deduction for attorney's fees, shall be deposited by defendants with the Clerk of Court who, in turn, will deposit them in four separate interest-bearing accounts, one for each of the minors, in a financial institution.  The monies shall remain in those accounts until the minors reach legal age unless the Court orders otherwise.

    SO ORDERED.

    At San Juan, Puerto Rico, on July 29, 2005.

                                                S/CARMEN CONSUELO CEREZO
                                                United States District Judge